**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-00056-01-CR-W-GAF |
| ) | |
| GREGORY M. SHOCKLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant's Motion To Hold Franks Hearing and to Suppress Evidence (Doc. #32). Defendant requests a *Franks* hearing regarding the search warrant affidavit and then the suppression of all evidence seized during the execution of the search warrant because of false statements in and omissions from the affidavit given in support of the search warrant.

On July 18, 2014, Chief United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation (Doc. #52). On August 4, 2014, Defendant's Objections to the Report and Recommendation (Doc. #54) were filed.

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that Defendant's Motion To Hold Franks Hearing and to Suppress Evidence (Doc. #32) is OVERRULED and DENIED.

SO ORDERED.

                                                          s/ Gary A. Fenner
                                                        GARY A. FENNER, JUDGE
                                                        UNITED STATES DISTRICT COURT

DATED:   September 3, 2014